37 So.2d 674

## Henry SCOTT v. STATE.

### 6 Div. 774.

Supreme Court of Alabama.

July 31, 1948.

Rehearing Denied Dec. 16, 1948.

Ross, Ross & Ross, of Bessemer, for petitioner.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Henry Scott for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Scott v. State, Ala.App., 37 So. 2d 670.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.